IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL JOSEPH NILIO.,
     Plaintiff,

vs.                           Case No: 3:20cv5528/LAC/HTC

MARK INCH, et al.,
     Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 9, 2020 (ECF No. 13).  Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation (ECF No. 13) is adopted and incorporated by reference in this order.

2.     This case is dismissed without prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A.

3.      The clerk of court is directed to close the file.

**DONE AND ORDERED** this 17th day of July, 2020.


 s/*L.A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**